

EXHIBIT A

CAUSE NO. DC-25-07145

| | | |
|---|---|---|
| **POLESTAR GA WAYCROSS (PLANT) LLC and POLESTAR LA ALEXANDRIA (JACKSON), LLC,** § § § | | **IN THE DISTRICT COURT** |
| **Plaintiffs,** § § | | |
| vs. § § | | **DALLAS COUNTY, TEXAS** |
| **BENEFIT STREET PARTNERS REALTY OPERATING PARTNERSHIP, L.P.,** § § § § | | **192nd JUDICIAL DISTRICT** |
| **Defendant.** § § | | |

## NOTICE OF REMOVAL

Notice is hereby given that this case has been removed to the U.S. District Court for the Northern District of Texas. A copy of the Notice of Removal filed in the U.S. District Court for the Northern District of Texas is annexed hereto.

Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROOUGH, LLP

*/s/ Jacob Sparks*
Jacob Sparks
Texas Bar No. 24066126
Plano, Texas 75024
Tel: (469) 484-4758
Fax: (469) 828-7212
Email: jacob.sparks@nelsonmullins.com

*Attorney for Benefit Street Partners Realty Operating Partnership, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on June 9, 2025, in accordance with Rule 21a(a)(1), Texas Rules of Civil Procedure, on all counsel of record through the through the electronic filing manager, including the following:

Craig A. Albert
Miles Abell
Michael E. Crafton
Cherry Petersen Albert LLC
8333 Douglas Avenue, Suite 700
Dallas, Texas 75225

By: */s/ Jacob Sparks*
    **Jacob Sparks**