# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | District Court for Dallas County, Tex., 192nd Jud. Dist. | DC-25-07145 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Polestar GA Waycross (Plant) LLC (Plaintiff) | Plaintiffs: Craig A. Albert, Tex. Bar #00790076, Cherry Petersen Albert LLC |
   | Polestar LA Alexandria (Jackson) LLC (Plaintiff) | 8333 Douglas Ave., Ste. 700, Dallas, TX 75225,Tel: (214) 265-7007 |
   | | |
   | Benefit Street Partners Realty Operating Partnership, L.P. (Defendant) | Defendant: Jacob Sparks, Tex. Bar #24066126, Nelson Mullins, 5830 Granite Pkwy., Ste. 1000, Plano, TX, Tel: (469)484-4758 |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?     Yes     No ✓

   If "*Yes,*" by which party and on what date?

   _____     _____
   Party                                Date

4. **Answer:**

    Was an Answer made in State Court?    ☑ Yes          ☐ No

    If "*Yes*," by which party and on what date?

    | Benefit Street Partners Realty Operating Partnership, L.P. | June 6, 2025 |
    |---|---|
    | Party | Date |

5. **Unserved Parties:**

    The following parties have not been served at the time this case was removed:

    | Party | Reason(s) for No Service |
    |---|---|
    |  |  |
    |  |  |
    |  |  |
    |  |  |
    |  |  |

6. **Nonsuited, Dismissed or Terminated Parties:**

    Please indicate any changes from the style on the State Court papers and the reason for that change:

    | Party | Reason |
    |---|---|
    |  |  |

7. **Claims of the Parties:**

    The filing party submits the following summary of the remaining claims of each party in this litigation:

    | Party | Claim(s) |
    |---|---|
    | Plaintiff | Avoidance and recovery of fraudulent transfers under Texas Uniform Fraudulent Transfer Act, conversion, and money had and received. |