IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**POLESTAR GA WAYCROSS (PLANT) LLC and POLESTAR LA ALEXANDRIA (JACKSON), LLC,**

    **Plaintiffs,**

v.

**BENEFIT STREET PARTNERS REALTY OPERATING PARTNERSHIP, L.P.,**

    **Defendant.**

**Case No.: _____**

## INDEX OF PLEADINGS

|    | <u>Date</u>    | **Description of Filing**                                                    |
|----|----------------|------------------------------------------------------------------------------|
| 1. | May 6, 2025    | Plaintiff's Original Petition                                                |
| 2. | May 6, 2025    | Citation Issued to Defendant                                                 |
| 3. | May 16, 2025   | Dismissal Notice<br>Scheduled for **6/27/25 at 9:00 a.m.** via submission    |
| 4. | June 6, 2025   | Defendant's Original Answer                                                  |