FORM NO. 353-3 - CITATION  
THE STATE OF TEXAS

ESERVE  
# CITATION

To: BENEFIT STREET PARTNERS REALTY OPERATING PARTNERSHIP, L.P.,  
BY SERVING REGISTERED AGENT CORPORATION SERVICE COMPANY  
251 LITTLE FALLS DRIVE  
WILMINGTON DE 19808

No.: DC-25-07145

GREETINGS:  
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **192nd District Court** at 600 Commerce Street, Dallas, Texas 75202.

POLESTAR GA WAYCROSS (PLANT), LLC, et al  
vs.  
BENEFIT STREET PARTNERS REALTY OPERATING PARTNERSHIP, L.P.,

ISSUED  
on this the 14th day of May, 2025

Said Plaintiff being **POLESTAR GA WAYCROSS (PLANT), LLC; POLESTAR LA ALEXANDRIA (JACKSON), LLC**

Filed in said Court **6th day of May, 2025** against

BENEFIT STREET PARTNERS REALTY OPERATING PARTNERSHIP, L.P.,

For Suit, said suit being numbered **DC-25-07145,** the nature of which demand is as follows:  
Suit on **OTHER (CIVIL)** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.  
Given under my hand and the Seal of said Court at office **on this the 14th day of May, 2025**

ATTEST: FELICIA PITRE,  
Clerk of the District Courts of Dallas County, Texas

By_____, Deputy  
HARPER REAM

FELICIA PITRE  
Clerk District Courts,  
Dallas County, Texas

By: **HARPER REAM**, Deputy

**Attorney for Plaintiff**  
**CRAIG A. ALBERT**  
**CHERRY PETERSON ALBERT LLC**  
8350 N CENTRAL EXPY STE 1500  
CAMPBELL CENTRE TOWER 1  
DALLAS TX  75206-1632  
(214) 265-7457  
CALBERT@CPLALAW.COM  
**DALLAS COUNTY  
SERVICE FEES  
NOT PAID**



# OFFICER'S RETURN

Cause No. DC-25-07145

Court No.: 192nd District Court

Style: POLESTAR GA WAYCROSS (PLANT), LLC, et al
 vs.
BENEFIT STREET PARTNERS REALTY OPERATING PARTNERSHIP, L.P.,

Came to hand on the _____day of _____, 20_____, at _____o'clock _____.M. Executed at _____, within the County of _____ at _____ o'clock _____ .M. on the _____day of_____, 20_____, by delivering to the within named _____
_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|  |  |  |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of_____ County, _____ |
| For Notary | $_____ | By_____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____ before me this_____ day of _____,
20_____, to certify which witness my hand and seal of office.

_____
Notary Public_____ County_____