

192nd District Court
George L Allen, Sr. Courts Building
600 Commerce Street – Suite 740
Dallas, Texas 75202-4627
Telephone 214-653-7709

CRAIG A. ALBERT
8350 N Central Expy Ste 1500
Campbell Centre Tower 1
Dallas TX 75206-1632

May 16, 2025

RE: DC-25-07145
POLESTAR GA WAYCROSS (PLANT), LLC, et al vs. BENEFIT STREET PARTNERS REALTY OPERATING PARTNERSHIP, L.P.,

Dear Counsel:

A dismissal hearing is now set for

06/27/2025 @ 9:00 A.M. **VIA SUBMISSION**

Please take the following action prior to the hearing:

| √ | The defendant has been served. File a Motion for Default Judgment and a proposed order by 9 a.m. on the dismissal date if an answer is not filed. |
|---|---|

Failure to comply with the foregoing, without presenting good and sufficient cause to the court, will result in this matter being dismissed for want of Prosecution on 06/27/2025 @ 9:00 a.m., pursuant to Texas Rule of Civil Procedure 165a.

Sincerely,
Judge Maria Aceves
192nd DISTRICT COURT
DALLAS COUNTY, TEXAS