Case 3:25-cv-01470-L     Document 1-8     Filed 06/09/25     Page 1 of 5     PageID 26

FILED
6/6/2025 12:56 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Elizabeth Ferguson DEPUTY

CAUSE NO. DC-25-07145

| | | |
|---|---|---|
| **Polestar GA Waycross (Plant), LLC and Polestar LA Alexandria (Jackson), LLC,** § § § § | | IN THE DISTRICT COURT |
| *Plaintiffs,* § § | | |
| v. § § | | 192ND JUDICIAL DISTRICT |
| **Benefit Street Partners Realty Operating Partnership, L.P.,** § § § | | |
| *Defendant.* § | | DALLAS COUNTY, TEXAS |

### DEFENDANT BENEFIT STREET PARTNERS REALTY OPERATING PARTNERSHIP, L.P.'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES

Defendant Benefit Street Partners Realty Operating Partnership, L.P. ("Defendant") files this Original Answer and Affirmative Defenses to the claims pleaded by Polestar GA Waycross (Plant), LLC and Polestar LA Alexandria (Jackson), LLC, ("Plaintiffs") in their Original Petition.

### I.  ANSWER

Pursuant to Texas Rule of Civil Procedure Rule 92, Defendant pleads a general denial of the matters pleaded by Plaintiffs.

### II.  AFFIRMATIVE DEFENSES

**1.** Plaintiffs' claims are barred in whole or in part under the applicable statute of limitations.

**2.** Plaintiffs suffered no concrete harm or damage as a result of any conduct of Defendant such to confer standing to sue Defendant.

**3.** Plaintiffs' claims are barred in whole or in part because of Plaintiffs' failure to state a claim or cause of action upon which relief can be granted.

**4.** Plaintiffs' claims are barred in whole or in part because if Plaintiffs suffered or sustained any loss, injury, damage, or detriment, the same was directly and proximately caused or contributed to by the intervening acts of others, and not by Defendant.

**5.** Plaintiffs' claims are barred in whole or in part by the doctrine of waiver.

**6.** Plaintiffs' claims are barred in whole or in part by the doctrine of estoppel.

**7.** Plaintiffs' claims are barred in whole or in part by the doctrine of laches.

**8.** Plaintiffs' claims are barred by the doctrine of acquiescence.

**9.** Plaintiffs' claims are barred in whole or in part by the doctrine of unclean hands.

**10.** Plaintiffs' claims are barred in whole or in part because Plaintiffs failed and neglected to use reasonable care to protect themselves and to avoid, minimize, and/or mitigate their alleged injury and/or damages, if any exist and are proven.

**11.** Plaintiffs' claims are barred in whole or in part because allowing Plaintiffs to recover any part of the monetary relief demanded would result in unjust enrichment.

### III. REQUEST FOR ATTORNEYS' FEES

Defendant requests that this Court award it all costs, including reasonable and necessary attorneys' fees, incurred in connection with this action and any applicable statute or rule, including but not limited to Texas Rule of Civil Procedure 13, Chapter 9 of the Civil Practice and Remedies Code, Chapter 10 of the Civil Practice and Remedies Code, and/or Section 21.001(b) of the Texas Government Code.

### IV. PRAYER

Defendant respectfully requests that Plaintiffs take nothing by their suit and that the Court enter judgment in Defendant's favor. Defendant further prays for its reasonable and necessary

attorneys' fees and costs, and such other and further relief, at law and in equity, to which it may show itself justly entitled.

                Respectfully submitted,

                NELSON MULLINS RILEY & SCARBOROUGH, LLP

                */s/ Jacob Sparks*
                Jacob Sparks
                Texas Bar No. 24066126
                5830 Granite Pkwy, Suite 1000
                Plano, Texas 75024
                Tel: (469) 484-4758
                Fax: (469) 828-7212
                Email: jacob.sparks@nelsonmullins.com

                -and-

                Lee B. Hart
                Adam D. Herring
                201 17th Street NW, Suite 1700
                Atlanta, Georgia 30363
                Tel: (404) 322-6143
                Fax: (404) 322-6050
                Email: lee.hart@nelsonmullins.com
                            adam.herring@nelsonmullins.com

                *Attorneys for Benefit Street Partners Realty Operating Partnership, L.P.*

## CERTIFICATE OF SERVICE

I certify that on June 6, 2025, a true and correct copy of the foregoing document was filed electronically and served on all counsel of record or parties in accordance with Rule 21a of the Texas Rules of Civil Procedure via the electronic filing service provider.

By: */s/ Jacob Sparks*
    **JACOB SPARKS**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Docketing DFW on behalf of Jacob Sparks
Bar No. 24066126
docketing.dfw@nelsonmullins.com
Envelope ID: 101718277
Filing Code Description: Original Answer - General Denial
Filing Description:
Status as of 6/6/2025 3:48 PM CST

Associated Case Party: POLESTAR GA WAYCROSS (PLANT), LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Craig Albert | | calbert@texuslaw.com | 6/6/2025 12:56:40 PM | SENT |
| Debbie Noah | | dnoah@texuslaw.com | 6/6/2025 12:56:40 PM | SENT |
| Michael E.Crafton | | mcrafton@texuslaw.com | 6/6/2025 12:56:40 PM | SENT |
| Kedrin Iacaboni | | kiacaboni@texuslaw.com | 6/6/2025 12:56:40 PM | SENT |
| Miles Abell | | mabell@texuslaw.com | 6/6/2025 12:56:40 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jacob Sparks | | jacob.sparks@nelsonmullins.com | 6/6/2025 12:56:40 PM | SENT |
| Jessica Cannon | | jessica.cannon@nelsonmullins.com | 6/6/2025 12:56:40 PM | SENT |
| Lee B.Hart | | lee.hart@nelsonmullins.com | 6/6/2025 12:56:40 PM | SENT |
| CRAIG AALBERT | | CALBERT@CPLALAW.COM | 6/6/2025 12:56:40 PM | SENT |
| Adam D.Herring | | adam.herring@nelsonmullins.com | 6/6/2025 12:56:40 PM | SENT |
| Mary Versfelt | | mary.versfelt@nelsonmullins.com | 6/6/2025 12:56:40 PM | SENT |

Associated Case Party: BENEFIT STREET PARTNERS REALTY OPERATING PARTNERSHIP, L.P.,

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jacob Sparks | | jacob.sparks@nelsonmullins.com | 6/6/2025 12:56:40 PM | SENT |
| Jessica Cannon | | jessica.cannon@nelsonmullins.com | 6/6/2025 12:56:40 PM | SENT |
| Adam D.Herring | | adam.herring@nelsonmullins.com | 6/6/2025 12:56:40 PM | SENT |
| Lee B.Hart | | lee.hart@nelsonmullins.com | 6/6/2025 12:56:40 PM | SENT |