## Case Information

DC-25-07145 | POLESTAR GA WAYCROSS (PLANT), LLC, et al vs. BENEFIT STREET PARTNERS REALTY OPERATING PARTNERSHIP, L.P.,

| | | |
|---|---|---|
| **Case Number** DC-25-07145 | **Court** 192nd District Court | **Judicial Officer** ACEVES, MARIA |
| **File Date** 05/06/2025 | **Case Type** OTHER (CIVIL) | **Case Status** OPEN |

## Party

**PLAINTIFF**
POLESTAR GA WAYCROSS (PLANT), LLC

Active Attorneys ▼
Lead Attorney
ALBERT, CRAIG A.
Retained

**PLAINTIFF**
POLESTAR LA ALEXANDRIA (JACKSON), LLC

Active Attorneys ▼
Lead Attorney
ALBERT, CRAIG A.
Retained

**DEFENDANT**
BENEFIT STREET PARTNERS REALTY OPERATING PARTNERSHIP, L.P.,

Active Attorneys ▼
Lead Attorney
SPARKS, JACOB WARD
Retained

## Events and Hearings

05/06/2025 NEW CASE FILED (OCA) - CIVIL

05/06/2025 ORIGINAL PETITION

PLAINTIFF'S ORIGINAL PETITION

05/06/2025 ISSUE CITATION

ISSUE CITATION - BENEFIT STREET PARTNERS REALTY OPERATING PARTNERSHIP, L.P.,

05/14/2025 CITATION

Served
05/15/2025

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF STATE

Returned
05/15/2025
Comment
BENEFIT STREET PARTNERS REALTY OPERATING PARTNERSHIP, L.P.

05/15/2025 RETURN OF SERVICE

  Comment
  EXECUTED CITATION - BENEFIT STREET PARTNERS REALTY OPERATING PARTNERSHIP, L.P.

06/06/2025 ORIGINAL ANSWER - GENERAL DENIAL

ORIGINAL ANSWER

06/27/2025 DISMISSAL FOR WANT OF PROSECUTION

192 DWOPNO ACTION Notice

Judicial Officer(s)
ACEVES, MARIA, ACEVES, MARIA

Hearing Time
9:00 AM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

08/10/2026 Non Jury Trial

192ND TRIAL RESET LETTER NON-JURY

192ND TRIAL RESET LETTER NON-JURY

Judicial Officer
ACEVES, MARIA

Hearing Time
9:00 AM

## Financial

POLESTAR GA WAYCROSS (PLANT), LLC

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $358.00 |
| | Total Payments and Credits | | | $358.00 |
| 5/9/2025 | Transaction Assessment | | | $358.00 |
| 5/9/2025 | CREDIT CARD - TEXFILE (DC) | Receipt # 31869-2025-DCLK | POLESTAR GA WAYCROSS (PLANT), LLC | ($221.00) |
| 5/9/2025 | STATE CREDIT | | | ($137.00) |

## Documents

PLAINTIFF'S ORIGINAL PETITION

ISSUE CITATION - BENEFIT STREET PARTNERS REALTY OPERATING PARTNERSHIP, L.P.,

192 DWOPNO ACTION Notice

ORIGINAL ANSWER

192ND TRIAL RESET LETTER NON-JURY

192ND TRIAL RESET LETTER NON-JURY

Scheduling Order